UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  ANTHONY CAPUANO,

Case No.: 19-26413
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on ___November 12, 2019___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 1306 Harris Avenue, Keyport, NJ 07735 ($205,000.00)

Liens on property: Select Portfolio Servicing-PO Box 65250, Salt Lake City, UT 84165-0250 ($390,748.00)

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Esq.
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Capuano  
     Debtor

Case No. 19-26413-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 04, 2019  
                      Form ID: pdf905     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.
```
db             +Anthony Capuano,    1306 Harris Avenue,    Keyport, NJ 07735-3512
518428058      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518428061      +Meridian Health/ Riverview,    PO Box 9319,    Trenton, NJ 08650-1319
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2019 00:44:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2019 00:44:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518428059      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2019 00:49:29       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518428060      +E-mail/Text: bk.notifications@jpmchase.com Oct 05 2019 00:44:11       Chase Auto Finance,
                 Attn: Bankruptcy,    Po Box 901076,    Fort Worth, TX 76101-2076
518428062       E-mail/Text: jennifer.chacon@spservicing.com Oct 05 2019 00:45:29
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518428063      +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:48:09       Syncb/Toys R Us,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518429794      +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:48:09       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518428064      +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:48:09       Synchrony Bank/Walmart,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
```
              Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,   NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce Atkinson    bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              John Joseph LoSordo    on behalf of Debtor Anthony  Capuano john@jlosordolaw.com,
               johnlosordo@gmail.com;losordojr80325@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS3
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```