UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of John J. LoSordo, Esq. LLC
58 Village Court
Hazlet, New Jersey 07730
(732) 888-0077
Attorney for Debtor
Anthony Capuano
John J. LoSordo, Edq.
Attorney ID # 099512014

In Re:

ANTHONY CAPUANO,
Debtor

Case No.: 19-26413

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: January 7, 2020

Judge: Hon. Gravelle

## ADJOURNMENT REQUEST

1. I, __John J. LoSordo__,

   ☒ am the attorney for: __Anthony Capuano__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for an order dismissing case under 11 USC 707(b)(1)

   Current hearing date and time: January 7, 2020 10am

   New date requested: Jan 21, 2020 10 am

   Reason for adjournment request: Attorney will be out for the week of January 6-10 on a precviously planned trip to Clemson SC to deliver daughters car for second semester.

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

   I have spoken to Mr. Altus on this matter he believes it should be converted to Chpt 13 case. However, debtor recently had heart surgery and will not work his 2nd job. Any longer. I dont believe there will be any disposable income.

I certify under penalty of perjury that the foregoing is true.

Date: December 31, 2019

_____
Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted          New hearing date: _____          ☐ Peremptory

☒ Granted over objection(s)   New hearing date: January 21, 2020 at 10:00 a.m.   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2