UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
**Law Office of John J. LoSordo, Esq. LLC**
58 Village Court
Hazlet, New Jersey 07730
(732) 888-0077
Attorney for Applicant(s):
Anthony Capuano
John J. LoSordo Esq.
Attorney ID # 099512014

In the matter of:                                              Case No's: 19-26413-CMG

ANTHONY CAPUANO,
  Debtor

### DEBTOR'S MOTION TO CONVERT TO A CHAPTER 7 CASE TO A CHAPTER 13 CASE

TO: Honorable Christine M. Gravelle, U.S.B.J.:

The Debtor, pursuant to 11 U.S.C. § 706(a), hereby elects to convert the above captioned chapter 7 case to a case under chapter 13 of the Bankruptcy Code. The Debtor is entitled to convert his case because:

1. This case, filed on August 26, 2019, has not been previously converted under Sections 1112 or 1307 of the Bankruptcy Code.

2. The Debtor is eligible to be a debtor under chapter 13 of the Bankruptcy Code.

WHEREFORE, the Debtors pray for relief under chapter 13 of the Bankruptcy Code.

Dated:  2/24/2020                                    /s/ *John J. LoSordo*
                                                        John J. LoSordo