Form 169 – ntccovert

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 19−26413−CMG
                    Chapter: 7
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony Capuano
    1306 Harris Avenue
    Keyport, NJ 07735

Social Security No.:
    xxx−xx−7881

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

    An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by John Joseph LoSordo on behalf of Anthony Capuano.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Christine M. Gravelle on:

Date:            April 21, 2020
Time:           10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: February 26, 2020
JAN: rms

                                                                                            Jeanne Naughton
                                                                                           Clerk