Form 169 – ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.: 19−26413−CMG
                            Chapter: 7
                            Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Capuano
   1306 Harris Avenue
   Keyport, NJ 07735

Social Security No.:
   xxx−xx−7881

Employer's Tax I.D. No.:

**NOTICE OF HEARING
ON APPLICATION/MOTION TO CONVERT CASE**

    An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by John Joseph LoSordo on behalf of Anthony Capuano.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Christine M. Gravelle on:

Date:                April 21, 2020
Time:              10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: February 26, 2020
JAN: rms

                                                                                  Jeanne Naughton
                                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 19-26413-CMG
Anthony Capuano                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 1         Date Rcvd: Feb 26, 2020
                             Form ID: 169             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db            +Anthony Capuano,    1306 Harris Avenue,    Keyport, NJ 07735-3512
518428058     +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518428061     +Meridian Health/ Riverview,    PO Box 9319,    Trenton, NJ 08650-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2020 00:59:40       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2020 00:59:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518428059     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 00:53:21       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518428060     +E-mail/Text: bk.notifications@jpmchase.com Feb 27 2020 00:59:25       Chase Auto Finance,
                 Attn: Bankruptcy,    Po Box 901076,    Fort Worth, TX 76101-2076
518428062      E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 01:00:49
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518428063     +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 00:53:05       Syncb/Toys R Us,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518429794     +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 00:55:00       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518428064     +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 00:54:59       Synchrony Bank/Walmart,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
          Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
          Bunce   Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
           atkinson@remote7solutions.com
          Denise E. Carlon    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS3
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John Joseph LoSordo    on behalf of Debtor Anthony  Capuano john@jlosordolaw.com,
           erin@jlosordolaw.com;losordojr80325@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor    Legacy Mortgage Asset Trust 2018-GS3
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```