| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: Michael.A.Artis@usdoj.gov | Order Filed on March 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Anthony Capuano,<br><br>Debtor. | Case No.: 19-26413 (CMG)<br><br>Chapter 7<br><br>Hearing Date: January 7, 2020, at 10:00 a.m.<br><br>Judge: Hon. Christine M. Gravelle |

### ORDER DISMISSING CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 3, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Anthony Capuano

Chapter 7 Case No. 19-26413 (CMG)

**Order Dismissing Case**
_____

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an *Order Dismissing Case under 11 U.S.C. § 707(b)(1) based on the totality of circumstances under 11 U.S.C. § 707(b)(3)(B)*, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within Order, it is hereby

**ORDERED** that this chapter 7 case, Case No. 19-26413 (CMG), is **DISMISSED**.

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 19-26413-CMG
Anthony Capuano                                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 03, 2020
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db             +Anthony Capuano,    1306 Harris Avenue,    Keyport, NJ 07735-3512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
              Bunce Atkinson     on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
              Bunce Atkinson     bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
               atkinson@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor   Legacy Mortgage Asset Trust 2018-GS3
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John Joseph LoSordo    on behalf of Debtor Anthony  Capuano john@jlosordolaw.com,
               erin@jlosordolaw.com;losordojr80325@notify.bestcase.com
              Kevin Gordon McDonald     on behalf of Creditor   Legacy Mortgage Asset Trust 2018-GS3
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael A. Artis    on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7